Exhibit A

Welcome to Secfor International
http://secforinternational.com/executive_protection_training.htm
secfor international
Apple Yahoo! Google Maps YouTube Wikipedia News (2,720) Popular
SECFOR
International
Home
Security Services
Training
Additional Services
Contact Us
High Threat Executive Protection Specialist Course
Executive Protection Training - GI Bill approved - High Threat Executive
HTPS COURSE
0:00
19 days | $6875 | GI Bill Approved
The High Threat Protection Specialist (HTPS) Course is a 19-day, executive protection specialist course that has been approved by the US Department of Veterans Affairs for GI Bill funding.
The HTPS course bridges the gap between conventional domestic executive protection operations and war-zone PSD work. The 19-day HTPS course will provide the training, knowledge, and skill sets, to be a proficient protective team leader/member in all threat areas by focusing on one of the most challenging protective environments, the High Threat-Low Profile area of operations.
Protecting a journalist in Beirut, a business executive in Mexico, or a humanitarian visiting a dangerous region in Africa, are all examples of High threat–Low Profile environments you may find yourself assigned to. As an American citizen working a private

Welcome to Secfor International

http://secforinternational.com/executive_protection_training.htm

secfor international

Apple Yahoo! Google Maps YouTube Wikipedia News (2,720) Popular

- Principles of Protection
- Walking Formations
- Live Fire Immediate Action Drills(IADs) -
- Live Fire Attacks On Principal (AOP)
- Tactical Combat Casualty Care certification (NAEMT)
- Handgun Package
- Firearms drills for protection specialists
- Concealed Weapons Tactics
- Combatives for Executive Protection Specialists
- Protective Intelligence
- Surveillance Detection - Fixed site and Mobile
- Security Driving Tactics and Reverse clinic
- Motorcade Operations
- Unlawful Detention Training module
- Arrivals & Departures
- IADs / Attacks on Motorcade
- Rolling "driver-down" drills
- Four Full Details
- Live-fire Vehicle Down drills
- High-Risk Site Security
- Battlefield Pick-ups / Foreign Weapons
- IED Recognition and Avoidance Tactics
- Terrorist / Kidnapper/ Assassin TTPS & case studies
- After Action Report preparation
- Rules of Engagement vs Rules for the Use of Force
- Cadaver Lab & Ballistic Lab
- Executive Protection Etiquette & Potocols
- Recruitment Assistance

**UPCOMING COURSES:**

- Feb10 – Feb 28, 2013: **High Threat Protection Specialist** | San Diego | $6875 - **COMPLETED!**
- Mar17 – Apr 4, 2013: **High Threat Protection Specialist** | San Diego | $6875 -**IN PROGRESS**
- May 5 – May 23, 2013: **High Threat Protection Specialist** | San Diego | $6875 - **FULL**
- July 28 – Aug 15, 2013: **High Threat Protection Specialist** | San Diego | $6875 - Limited Space - **ENROLL HERE**
- Oct 20 – Nov 7, 2013: **High Threat Protection Specialist** | San Diego | $6875 - **ENROLL HERE**
- Dec 01– Dec 19, 2013: **High Threat Protection Specialist** | San Diego | $6875 - NEW DATE- **ENROLL HERE**

**SIGN UP HERE FOR A COURSE**



Welcome to Secfor International

http://secforinternational.com/executive_protection_training.htm

secfor international

- Principles of Protection
- Walking Formations
- Live Fire Immediate Action Drills(IADs) -
- Live Fire Attacks On Principal (AOP)
- Tactical Combat Casualty Care certification (NAEMT)
- Handgun Package
- Firearms drills for protection specialists
- Concealed Weapons Tactics
- Combatives for Executive Protection Specialists
- Protective Intelligence
- Surveillance Detection - Fixed site and Mobile
- Security Driving Tactics and Reverse clinic
- Motorcade Operations
- Unlawful Detention Training module
- Arrivals & Departures
- IADs / Attacks on Motorcade
- Rolling "driver-down" drills
- Four Full Details
- Live-fire Vehicle Down drills
- High-Risk Site Security
- Battlefield Pick-ups / Foreign Weapons
- IED Recognition and Avoidance Tactics
- Terrorist / Kidnapper/ Assassin TTPS & case studies
- After Action Report preparation
- Rules of Engagement vs Rules for the Use of Force
- Cadaver Lab & Ballistic Lab
- Executive Protection Etiquette & Potocols
- Recruitment Assistance

**UPCOMING COURSES:**

- Feb10 – Feb 28, 2013: **High Threat Protection Specialist** | San Diego | $6875 - **COMPLETED!**
- Mar17 – Apr 4, 2013: **High Threat Protection Specialist** | San Diego | $6875 -**IN PROGRESS**
- May 5 – May 23, 2013: **High Threat Protection Specialist** | San Diego | $6875 - **FULL**
- July 28 – Aug 15, 2013: **High Threat Protection Specialist** | San Diego | $6875 - Limited Space - **ENROLL HERE**
- Oct 20 – Nov 7, 2013: **High Threat Protection Specialist** | San Diego | $6875 - **ENROLL HERE**
- Dec 01– Dec 19, 2013: **High Threat Protection Specialist** | San Diego | $6875 - NEW DATE- **ENROLL HERE**

**SIGN UP HERE FOR A COURSE**

Welcome to Secfor International

http://secforinternational.com/executive_protection_training.htm

SECFOR International

Home | Security Services | Training | Additional Services | Contact Us

High Threat Executive Protection Specialist Course

**19 days | $6875 | GI Bill Approved**

The High Threat Protection Specialist (HTPS) Course is a 19-day, executive protection specialist course that has been approved by the US Department of Veterans Affairs for GI Bill funding.

The HTPS course bridges the gap between conventional domestic executive protection operations and war-zone PSD work. The 19-day HTPS course will provide the training, knowledge, and skill sets, to be a proficient protective team leader/member in all threat areas by focusing on one of the most challenging protective environments, the High Threat-Low Profile area of operations.

Protecting a journalist in Beirut, a business executive in Mexico, or a humanitarian visiting a dangerous region in Africa, are all examples of High threat-Low Profile environments you may find yourself assigned to. As an American citizen working a private

Welcome to Secfor International
http://secforinternational.com/executive_protection_training.htm
secfor international
Apple Yahoo! Google Maps YouTube Wikipedia News (2,720) Popular
SECFOR International
Home Security Services Training Additional Services Contact Us
High Threat Executive Protection Specialist Course
Executive Protection Training - GI Bill approved - High Threat Executive
Live Fire
0:27
19 days | $6875 | GI Bill Approved
The High Threat Protection Specialist (HTPS) Course is a 19-day, executive protection specialist course that has been approved by the US Department of Veterans Affairs for GI Bill funding.
The HTPS course bridges the gap between conventional domestic executive protection operations and war-zone PSD work. The 19-day HTPS course will provide the training, knowledge, and skill sets, to be a proficient protective team leader/member in all threat areas by focusing on one of the most challenging protective environments, the High Threat-Low Profile area of operations.
Protecting a journalist in Beirut, a business executive in Mexico, or a humanitarian visiting a dangerous region in Africa, are all examples of High threat–Low Profile environments you may find yourself assigned to. As an American citizen working a private

APG Worldwide | Risk management and training
http://apg-worldwide.com/
Apple Yahoo! Google Maps YouTube Wikipedia News (2,720) Popular
APG
WORLDWIDE
Home
Personal Protection
Estate Security
Transportation
Contact
Absolute Protection Group
Production Safety | Nuevo León, Mexico
Domestic and International Risk Management
Personal Protection
Estate Security
Transportation
Other Services

APG Worldwide | Risk management and training

http://apg-worldwide.com/

Apple Yahoo! Google Maps YouTube Wikipedia News (2,720) Popular

agents have protected personnel and assets in some of the most challenging locations around the world.

- Dignitary/VIP Protection
- Mexico | Armed & Unarmed
- Celebrity Risk Management
- High Threat Environments
- Film and Production Safety
- Music Industry Security

or low profile posture. We rely on intelligence-based risk mitigation and thorough contingency planning.

- Residential/Estate Security
- Electronic Security Support
- Threat Assessments
- Counter Paparazzi Solutions
- Sensitive Facility Security
- Critical Infrastructure (CIP)

APG to act as your one-stop-shop for secured personnel or asset transportation services in the US or internationally.

- Car/SUV Service
- Motorcycle Escort
- Mex/US Cross-Border
- Evacuation Services
- Armored Transport
- Plane/Helo Charter

delivering government level training programs to kidnap & ransom resolution. Services include

- Protection Training
- Kidnap Consultation
- Tactical Trauma Courses
- Emergency Evacuation
- AT/FP Training & Services
- Anti-Kidnap Training

## About Absolute Protection Group

APG is comprised of a collection of experienced training providers and security consultancies to provide the most comprehensive security and training solutions available today. We have combined high-end security services with international protection and transportation expertise, to deliver a variety of options not usually available under one roof.

Our staff has extensive experience managing US Government programs relating to high threat security, Anti-Terrorism, Force Protection, Personal Protection, Tactical Combat Casualty Care, and Individual Protective Measures. APG specializes in delivering high threat security solutions internationally and work extensively in Mexico, Middle East, Balkans, and the Caucasus.

All of APG's instructors have spent years providing risk management solutions in non-permissive regions and currently rotate through high threat protective assignments and instructional duties, in order to provide the most up-to-date, relevant tactics techniques and procedures directly from the field.

Whether you need estate protection in California, executive protection in Mexico, or entertainment security in Lebanon, our experienced staff will provide the best possible risk mitigation and safety solutions. Contact us today to let us know how we can assist you.

## Training

APG delivers high level security, and certified tactical medical courses to civilian, Law Enforcement, and Military students

### APG Worldwide

2100 Palomar Airport Rd
Suite 206
Carlsbad, CA 92011
USA
1 (888) 270-1911 (USA)
1 (760) 438-4254 (INT'L)

### APG Partner Links

Secfor International
GI Bill Tactical
Absolute Private Security
Absolute Tactical Training
US Motorcade
War Zone Tours

### World News

- Egypt foreign mediation 'has failed'
- Rebels 'killed in Syria army ambush'
- Israeli forces hit by border blast
- Yemen 'has foiled al-Qaeda plot'

http://htpscourse.com/
YOU EARNED IT
NOW USE IT
GI BILL
APPROVED
CALL TO REGISTER
888.270.1911
High Threat Protection Training
Tactical Combat Casualty Care
Anti-Terrorism / Force Protection
HOME ABOUT US COURSES TRAINING SCHEDULE SIGN UP GI BILL RECRUITMENT ASSISTANCE EMPLOYMENT
CONTACT
Training for Veterans, Law Enforcement, & Protection Specialists
Live Fire
Vehicle Down Drills
Four GI Bill approved Executive Protection & Tactical Medical courses
We provide training to active duty/reserve military, veterans, law enforcement, protection specialists and civilians. Our GI Bill courses provide Veterans with the best protection and trauma medic courses available. We currently offer four GI Bill approved courses that all compliment each other to produce a highly trained protection specialist suitable for duty in non-permissive environments or on professional
High Threat Protection Specialist Course
Upcoming Courses
HTPS Course | Jul 28 - Aug 15
High Threat Intro | Aug 23
EP Skills | Aug 24 - Aug 25
EP 1 | Aug 31 - Sep 03
TCCC Cert | Sep 04 - Sep 05
HTPS Course | Sep 08 - Sep 26

- Certified AT/FP Specialist | 15-days | Oceanside, California | GI Bill approved
- Executive Protection | 8-days | San Diego – Los Angeles | GI Bill approved
- High Risk First Responder | 6-days | San Diego | GI Bill approved
- Executive Protection 1 | 4-days | San Diego
- Mexico Protection Specialist | 6-days | San Diego/Mexico
- Executive Protection Skills Weekend | 2-days | San Diego
- Tactical Trauma Care (TC3) Provider Certification | 2-day | San Diego
- Tactical First Responder Certification | 1-day | San Diego
- Introduction to High Threat protection | 1-day | USA & Mexico
- WPS Prep course | 21-days | San Diego (Course description and dates coming soon)

All of our courses can be delivered anywhere in the US or internationally. Our instructor staff have delivered tactical training, force protection, trauma medical, personal protection courses, anti-kidnapping & hostile environment safety in more than 30 countries. Contact us about training options for your team.

The above video shows students participating in High Threat Protection Specialist Training. Most of the video was captured via cellphone and gives just a 2 minute glimpse of our 19-day HTPS course. The skill-sets developed in this course are relevant in high threat/low profile environments such as, defeating restrains (hand cuffs, flex cuffs, rope, duct tape, 550 cord), tactical trauma care, foreign weapons live fire, mission planning computer labs, etc. Our instructors currently work in high threat areas and developed the course curriculum relevant to the non-permissive environments in which they work. Contact us for more information on private or group training.

© 2013 All rights reserved | Secfor International, an Absolute Protection Group company | 2100 Palomar Airport Rd. Suite 206, Carlsbad CA 92011 | 888-270-1911

COURSES |

http://htpscourse.com/courses

Apple Yahoo! Google Maps YouTube Wikipedia News (2,720) Popular

- Certified AT/FP Specialist | 15-days | Oceanside, California | GI Bill approved
- Executive Protection | 8-days | San Diego – Los Angeles | GI Bill approved
- High Risk First Responder | 6-days | San Diego | GI Bill approved
- Executive Protection 1 | 4-days | San Diego
- Mexico Protection Specialist | 6-days | San Diego/Mexico
- Executive Protection Skills Weekend | 2-days | San Diego
- Tactical Trauma Care (TC3) Provider Certification | 2-day | San Diego
- Tactical First Responder Certification | 1-day | San Diego
- Introduction to High Threat protection | 1-day | USA & Mexico
- WPS Prep course | 21-days | San Diego (Course description and dates coming soon)

below for updates

Your Email

Submit

All of our courses can be delivered anywhere in the US or internationally. Our instructor staff have delivered tactical training, force protection, trauma medical, personal protection courses, anti-kidnapping & hostile environment safety in more than 30 countries. Contact us about training options for your team.

GI Bill Approved Tactical Training

1:03 / 2:31

The above video shows students participating in High Threat Protection Specialist Training. Most of the video was captured via cellphone and gives just a 2 minute glimpse of our 19-day HTPS course. The skill-sets developed in this course are relevant in high threat/low profile environments such as, defeating restrains (hand cuffs, flex cuffs, rope, duct tape, 550 cord), tactical trauma care, foreign weapons live fire, mission planning computer labs, etc. Our instructors currently work in high threat areas and developed the course curriculum relevant to the non-permissive environments in which they work. Contact us for more information on private or group training.

© 2013 All rights reserved | Secfor International, an Absolute Protection Group company | 2100 Palomar Airport Rd. Suite 206, Carlsbad CA 92011 | 888-270-1911



COURSES |

http://htpscourse.com/courses

Apple Yahoo! Google Maps YouTube Wikipedia News (2,720) Popular

- Certified AT/FP Specialist | 15-days | Oceanside, California | GI Bill approved
- Executive Protection | 6-days | San Diego – Los Angeles | GI Bill approved
- High Risk First Responder | 6-days | San Diego | GI Bill approved
- Executive Protection 1 | 4-days | San Diego
- Mexico Protection Specialist | 6-days | San Diego/Mexico
- Executive Protection Skills Weekend | 2-days | San Diego
- Tactical Trauma Care (TC3) Provider Certification | 2-day | San Diego
- Tactical First Responder Certification | 1-day | San Diego
- Introduction to High Threat protection | 1-day | USA & Mexico
- WPS Prep course | 21-days | San Diego (Course description and dates coming soon)

below for updates

Your Email

Submit

All of our courses can be delivered anywhere in the US or internationally. Our instructor staff have delivered tactical training, force protection, trauma medical, personal protection courses, anti-kidnapping & hostile environment safety in more than 30 countries. Contact us about training options for your team.

GI Bill Approved Tactical Training
1:37

The above video shows students participating in High Threat Protection Specialist Training. Most of the video was captured via cellphone and gives just a 2 minute glimpse of our 19-day HTPS course. The skill-sets developed in this course are relevant in high threat/low profile environments such as, defeating restrains (hand cuffs, flex cuffs, rope, duct tape, 550 cord), tactical trauma care, foreign weapons live fire, mission planning computer labs, etc. Our instructors currently work in high threat areas and developed the course curriculum relevant to the non-permissive environments in which they work. Contact us for more information on private or group training.

© 2013 All rights reserved | Secfor International, an Absolute Protection Group company | 2109 Palomar Airport Rd, Suite 206, Carlsbad CA 92011 | 888-270-1911



http://htpscourse.com/courses

COURSES |

- Certified AT/FP Specialist | 15-days | Oceanside, California | GI Bill approved
- Executive Protection | 8-days | San Diego – Los Angeles | GI Bill approved
- High Risk First Responder | 6-days | San Diego | GI Bill approved
- Executive Protection 1 | 4-days | San Diego
- Mexico Protection Specialist | 6-days | San Diego/Mexico
- Executive Protection Skills Weekend | 2-days | San Diego
- Tactical Trauma Care (TC3) Provider Certification | 2-day | San Diego
- Tactical First Responder Certification | 1-day | San Diego
- Introduction to High Threat protection | 1-day | USA & Mexico
- WPS Prep course | 21-days | San Diego (Course description and dates coming soon)

below for updates

Your Email

Submit

All of our courses can be delivered anywhere in the US or internationally. Our instructor staff have delivered tactical training, force protection, trauma medical, personal protection courses, anti-kidnapping & hostile environment safety in more than 30 countries. Contact us about training options for your team.

The above video shows students participating in High Threat Protection Specialist Training. Most of the video was captured via cellphone and gives just a 2 minute glimpse of our 19-day HTPS course. The skill-sets developed in this course are relevant in high threat/low profile environments such as, defeating restrains (hand cuffs, flex cuffs, rope, duct tape, 550 cord), tactical trauma care, foreign weapons live fire, mission planning computer labs, etc. Our instructors currently work in high threat areas and developed the course curriculum relevant to the non-permissive environments in which they work. Contact us for more information on private or group training.

© 2013 All rights reserved | Secfor International, an Absolute Protection Group company | 2100 Palomar Airport Rd, Suite 206, Carlsbad CA 92011 | 888-270-1911

SIGN UP |
http://htpscourse.com/sign-up
secfor international
Apple Yahoo! Google Maps YouTube Wikipedia News (2,720) Popular
YOU EARNED IT
NOW USE IT
GI BILL
APPROVED
High Threat Protection Training
Tactical Combat Casualty Care
Anti-Terrorism / Force Protection
CALL TO REGISTER
888.270.1911
HOME ABOUT US COURSES TRAINING SCHEDULE SIGN UP GI BILL RECRUITMENT ASSISTANCE EMPLOYMENT CONTACT
SIGN UP
To sign up for an upcoming course, please fill out the following:
COURSE INFORMATION
Course I am interested in: ---
I would like to reserve a place the selected course
I am interested in the course selected, but only have questions at this time
OTHER TRAINING PROGRAMS
What other program(s) interest you?: 19-day HTPS 8-day Executive Protection Tactical Combat Casualty Care CAPS High Threat Intro EP Intro High Risk First Responder Other
PERSONAL INFORMATION
Full Name (First Last):
Your Email:
High Threat Protection Specialist Course
Like
High Threat Protection Specialist Course
Upcoming Courses
HTPS Course | Jul 28 - Aug 15
High Threat Intro | Aug 23
EP Skills | Aug 24 - Aug 25
EP 1 | Aug 31 - Sep 03
TCCC Cert | Sep 04 - Sep 05
HTPS Course | Sep 08 - Sep 26

SIGN UP |
http://htpscourse.com/sign-up
secfor international
Apple Yahoo! Google Maps YouTube Wikipedia News (2,720) Popular
Primary Phone:
PAYMENT INFORMATION
How would you pay for training?: GI Bill Other VA Benefits Credit Card Check Cash
VETERAN SECTION (Complete this section if using VA Benefits for HTPS or CAPS only)
What is your current military status?: Active Retired Former Reserve
What Branch: Army Navy Marines Air force Coast Guard Guard Other
Veteran's Benefits you plan to use: ---
Have you applied for your GI Bill Letter of Eligibility?: Yes No Applying Today N/A
Do you have your GI Bill Letter of Eligibility?: Yes No Not Sure N/A
Have you used, or are you currently using, your GI Bill benefits?: Yes No Not Sure N/A
IMPORTANT VETERAN BENEFITS INFORMATION
To use your GI Bill benefits, you must apply for you benefits here: (apply for veteran benefits here) The school name to use in the GI Bill application process is:
MiraCosta College CS/BD
1 Barnard Drive
Oceanside, CA 92056
Which one applies to you?:
NEVER USED MY BENEFITS: If you are finished with your active service and have not yet used your benefits, it may take between 2 - 8 weeks to get your Letter of Eligibility so please apply asap
ALREADY USED MY BENEFITS: If you have used your benefits already, you will need to transfer your benefits to our institution by submitting the VA Form 22-1995 online
ACTIVE DUTY: If you are still active, you can still use your benefits by going to the above VA benefits
STUDENT TESTIMONIALS
Enter your email below for updates
Your Email
Submit



SIGN UP |

http://htpscourse.com/sign-up

benefits to our institution by submitting the VA Form 22-1995 online

☐ ACTIVE DUTY: If you are still active, you can still use your benefits by going to the above VA benefits website, applying for GI Bill benefits, and submitting VA Form 22-1990 online

☐ TUITION ASSISTANCE (Active Duty): Please check with your base education office

**REFERRAL INFORMATION**

How did you find out about our training programs?: ☐ Google Search ☐ Bing Search ☐ Yahoo Search ☐ Youtube ☐ Friend ☐ Secfor International ☐ APG ☐ Linked in ☐ Facebook ☐ Other (detail below)

Other:

**Questions or Comments:**

7 V C 5

Submit

© 2013 All rights reserved | Secfor International, an Absolute Protection Group company | 2100 Palomar Airport Rd, Suite 206, Carlsbad CA 92011 | 888-270-1911