UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SHOOTING CENTER, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SECFOR INTERNATIONAL, et al.,<br><br>　　　　Defendants. | Case No. 13-CV-1847-BTM (JMA)<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DUE DATE FOR SUBMISSION OF JOINT DISCOVERY PLAN** |

Due to personal circumstances brought to the Court's attention by counsel for Defendants, and after conferring with counsel for both sides, **IT IS HEREBY ORDERED** that the telephonic Case Management Conference scheduled for February 13, 2014 is continued to **March 3, 2014** at **10:00 a.m.** Counsel shall use the following call-in information for the conference: Dial-in Number 215-446-0155, Access Code 2602013, Security Code 03031000. The parties' proposed joint discovery plan shall be lodged with

//
//
//
//

1 | Magistrate Judge Adler's chambers on or before <u>February 24, 2014</u>.[1]
2 | **IT IS SO ORDERED**.
3 | DATED: February 6, 2014

                                                         _____
                                                         Jan M. Adler
                                                         U.S. Magistrate Judge

---

[1] The proposed joint discovery plan may be e-mailed to efile_adler@casd.uscourts.gov or faxed to (619) 702-9939.