UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SHOOTING CENTER, INC.,<br><br>            Plaintiffs,<br><br>      vs.<br><br>SECFOR INTERNATIONAL; SECFOR INTERNATIONAL LLC; HTPSCOURSE.COM; ABSOLUTE SECURITY, INC.; ABSOLUTE PROTECTION GROUP WORLDWIDE.; APG; KEIKO ARROYO; PATRICK RICHARD SWEENEY aka RICK SWEENEY,<br><br>            Defendants. | Case No.: 3:13-CV-1847 BTM-JMA<br><br>ORDER APPROVING SUBSTITUTION OF ATTORNEY FOR DEFENDANTS SECFOR INTERNATIONAL; SECFOR INTERNATIONAL LLC; HTPSCOURSE.COM; ABSOLUTE SECURITY, INC.; ABSOLUTE PROTECTION GROUP WORLDWIDE.; APG; KEIKO ARROYO; PATRICK RICHARD SWEENEY aka RICK SWEENEY |

The substitution of attorney Harry V. McGahey, Esq. of McGAHEY & McGAHEY, APLC, 1532 Sixth Ave., San Diego, CA 92101; Telephone: (619) 544-1888. Facsimile: (619) 544-0645; email harrymcgahey@att.net  for Defendants SECFOR INTERNATIONAL; SECFOR INTERNATIONAL LLC; HTPSCOURSE.COM; ABSOLUTE SECURITY, INC.; ABSOLUTE

1  PROTECTION GROUP WORLDWIDE.; APG; KEIKO ARROYO; PATRICK
2  RICHARD SWEENEY aka RICK SWEENEY in place of David Ryan Griffin, the
3
4  Law Office of David R. Griffin, Steven Riznyk and San Diego Biz Law, is hereby
5  approved and so ORDERED.
6
7  DATED: May 30, 2014
8  _____
   Barry Ted Moskowitz, Chief Judge